UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ANGEL PAULINO,

                     **Plaintiff,**

  -against-

ROCK SUPERMARKET CORP., et al.,

                     **Defendants.**
-------------------------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE**

CV 12-1817 (ADS)(GRB)

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff ANGEL PAULINO and defendants ROCK SUPERMARKET CORP., et al, by their respective undersigned attorneys, that the above-entitled action, and any and all claims arising therefrom, be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own costs, fees, including attorney's fees, and disbursements. The parties further agree that no further suit will be instituted for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or circumstances which gave rise to this lawsuit.

Dated: New York, New York
       March 2 2 , 2013

                              JOSEPH S. ROSENTHAL, ESQ.
                              570 Lexington Ave., Suite 1600
                              New York, NY 10022

By: _____
      JOSEPH S. ROSENTHAL
      (646) 380-0117

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 03 2013 ★
LONG ISLAND OFFICE

Dated: Islandia, New York
      March **20**, 2013

                              DAVIS & FERBER, LLP
                              *Attorneys for Plaintiff*
                              1345 Motor Parkway
                              Islandia, New York 11749

                   By: _____
                              LLOYD M. BERKO (LB6243)
                              (631) 543-2000

CASE CLOSED.

SO ORDERED:

/s/ Arthur D. Spatt
_____
HON. ARTHUR D. SPATT
United States District Judge

4/3/13